UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

Jacqueline Smith

    CHAPTER 7
    CASE NO. 3:11-bk-00611-JAF

Debtor(s)
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM STAY FILED BY U.S. BANK, N.A. REGARDING REAL PROPERTY

THIS CASE is before the Court on the Motion For Relief From Stay filed by U.S. BANK, N.A. ("Creditor") on March 15, 2011. No appropriate response having been filed in accordance with Local Rule 2002-4, it is

ORDERED as follows:

1. Creditor's Motion For Relief From Stay is granted.

2. The automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated as to the Creditor and it may proceed with the foreclosure of its lien on the following Property: REAL PROPERTY LOCATED AT: 4 1/2 NELMAR AVENUE, ST. AUGUSTINE FL 32084 / LEGALLY DESCRIBED AS: THE NORTH SIXTY-SEVEN (67) FEET OF LOT FIFTY FOUR (54), NELMAR TERRACE, A SUBDIVISION OF THE CITY OF ST. AUGUSTINE, FLORIDA, ACCORDING TO THE PLAT THEREOF, RECORDED IN MAP BOOK 2, PAGE (S) 1 OF THE PUBLIC RECORDS OF ST. JOHNS COUNTY, FLORIDA

3. The relief granted here permits the Creditor to seek and obtain in rem relief against the Collateral only and does not permit the Creditor to seek or obtain in personam relief against the Debtor(s).

DONE and ORDERED at Jacksonville, Florida, on April 4, 2011.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies Furnished To:
Brad W. Hissing, Esq., P.O. Box 800, Tampa, FL 33601-0800, Attorney for Creditor
Jacqueline Smith , 4 1/2 Nelmar Ave, Saint Augustine, FL 32084
T. Eileen Dolaghan, Esq. 2219 Park Street, Jacksonville, FL 32204
Aaron Cohen, Trustee, P.O. Box 4218, Jacksonville, FL 32201
US BANK, 4801 Frederica Street, Owensboro, KY, 42301

1017569C/mdm